**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-6341**

_____

CRAIG LAMONT DOZIER,

Plaintiff - Appellant,

v.

MAJOR/CAPTAIN AUREY WILSON; CAPTAIN/LIEUTENANT TRAVIS DAYE; LIEUTENANT DANA CREWS; LIEUTENANT B.A. ASYCUE; SERGEANT REEVES; DEPUTY J. WATERS; SHERIFF KEVIN WHITE; CORPORAL CREWS; OFFICER MCCLAIN; SERGEANT TERESA PERRY; SERGEANT HOWARD; OFFICER GRIFF GARNER; TRANSPORT OFFICIAL WATERS; J. WRIGHT,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. James C. Dever III, District Judge. (5:24-ct-03297-D)

_____

Submitted: July 29, 2025                                    Decided: August 1, 2025

_____

Before KING, WYNN, and BERNER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Craig Lamont Dozier, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Craig Dozier appeals the district court's order dismissing without prejudice Dozier's civil action based on Dozier's filing of a document that the district court construed as a motion to dismiss the action. On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b). Because Dozier's informal brief does not challenge the basis for the district court's disposition, he has forfeited appellate review of the court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*